IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

| | |
|---|---|
| **AISHA LAMB** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:17-cv-00432-MW-CAS |
| ) | |
| v. ) | |
| ) | |
| **FIRST ADVANTAGE** ) | |
| **BACKGROUND SERVICES** ) | |
| **CORPORATION** ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 25th day of May, 2018, by and between Plaintiff and Defendant First Advantage Background Services Corporation, that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

*/s/ Alexis I. Lehmann*
ALEXIS I. LEHMANN
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600 (Telephone)
215-940-8000 (Fax)
alehmann@consumerlawfirm.com

Attorneys for Plaintiff

*/s/ Jason A. Spak*
JASON A. SPAK
**FISHERBROYLES LLP**
P.O. Box 5262
Pittsburgh, PA 15206
Telephone: (412) 230-8555
jason.spak@fisherbroyles.com

Attorneys for Defendant
First Advantage Background Services
Corporation

APPROVED BY THE COURT:

Dated: _____            _____
                                  MARK E. WALKER,          U.S.D.J.